PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL JASAR,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>USCIS, ET AL.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:24-cv-001734 JAM-CKD<br><br>**STIPULATION AND ORDER TO HOLD CASE IN TEMPORARY ABEYANCE** |

　　　　The Defendants respectfully request to hold this case in temporary abeyance through January 29, 2025, and counsel for Plaintiff does not oppose.

　　　　This case concerns Plaintiff's application for asylum, which has been pending with U.S. Citizenship and Immigration Services (USCIS) since October 2016.  Plaintiff is currently scheduled for an interview on this application on October 1, 2024.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application and USCIS will endeavor to do so within 120 days of the completion of the interview.  In the event USCIS cancels or reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks of the original date.

/ / /

/ / /

/ / /

1

The parties therefore stipulate that this matter be **HELD IN TEMPORARY ABEYANCE** through **January 29, 2025**. The parties further request that all other filing deadlines be similarly **VACATED**.

Respectfully submitted,

Dated:  August 21, 2024                                          PHILLIP A. TALBERT
                                                                 United States Attorney

                                                         By:  /s/ ELLIOT C. WONG
                                                                 ELLIOT C. WONG
                                                                 Assistant United States Attorney


                                                                 /s/ JESSICA TAYLOR ARENA
                                                                 JESSICA TAYLOR ARENA
                                                                 Counsel for Plaintiff


# ORDER

IT IS SO ORDERED.

Dated: August 23, 2024                                    /s/ John A. Mendez
                                                                 THE HONORABLE JOHN A. MENDEZ
                                                                 SENIOR UNITED STATES DISTRICT JUDGE